# UNITED STATES DISTRICT COURT
## District of Minnesota

Shueb Ali Amin,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Robert Cerna, Scarlet Grant,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1127 (MJD/DJF)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated February 17, 2026. **[Doc. 9.]**

1. Respondents Kristi Noem, Todd M. Lyons, and David Easterwood's Motion to Dismiss or Transfer **[Doc. 6]** is **GRANTED in part as detailed in the Report and Recommendation**; and
2. The Clerk of Court is directed to **transfer this case to the Western District of Oklahoma**.

Date: 2/23/2026

KATE M. FOGARTY, CLERK