IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHUEB ALI AMIN, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-26-328-R |
| KRISTI NOEM ET AL., | ) |
| Respondents. | ) |

## ORDER

Neither of Petitioner's attorneys have filed an entry of appearance in this matter as required by LCvR83.4. It also appears counsel Jacob S. Briskman, who sponsored Minnesota counsel Karen Venice Bryan to appear pro hac vice, is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3, which requires association of nonresident counsel with local counsel.

Counsel shall cure these deficiencies by **March 13, 2026**.

**SO ORDERED** this 9th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE