**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHUEB ALI AMIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-26-328-R |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 26] issued by United States Magistrate Judge Suzanne Mitchell. Judge Mitchell recommends that Petitioner's Petition for Habeas Corpus be granted in part. The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object.

The Court adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is granted in part. The Court finds that Petitioner is subject to detention under 8 U.S.C. § 1226(a). The remaining claims are dismissed.

IT IS SO ORDERED this 11th day of May, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE