**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SHUEB ALI AMIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-328-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**JUDGMENT**

In accordance with the order entered this same date, the Petition for Writ of Habeas Corpus is granted in part. The Court finds that Petitioner is subject to detention under 8 U.S.C. § 1226(a).

Entered this 11th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE